# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT WICHITA

JOHN A. JONES,           )
                 Plaintiff,    )
v.                     )     Case No. _____
                      )
RESCARE RESIDENTIAL SERVICES,   )
                      )
            Defendant.   )

## DECLARATION OF DAWN WILSON

Pursuant to 28 U.S.C. § 1746, Dawn Wilson declares as follows:

1.      I am a citizen of the United States, over the age of 18, and competent to testify as to the matters contained in this Declaration.

2.      I have personal knowledge of the facts set forth in this Declaration, or I have knowledge of such facts based upon corporate records I have reviewed.  Such corporate records are maintained in the regular course of business.

3.      I am currently employed by Res-Care, Inc. as the Operations Human Resource Manager over the location where Plaintiff worked.  As such, I have a business reason to be familiar with employee personnel records and the corporate structure relevant to Res-Care Kansas, Inc.

4.      The correct name of the entity that employed Plaintiff is Res-Care Kansas, Inc. Res-Care Kansas, Inc. is a wholly owned subsidiary of Res-Care, Inc.

5.      Res-Care Kansas, Inc. is incorporated in Delaware and has its corporate headquarters and principle place of business in Louisville, Kentucky.[1]

---

[1] Res-Care, Inc. is incorporated in Kentucky and has its corporate headquarters and principle place of business in Louisville, Kentucky

1

6.      Plaintiff John Jones was employed by Res-Care Kansas, Inc. from February 05, 2018 until the termination of his employment on June 16, 2018.

7.      When Plaintiff's employment with Defendant ended on June 16, 2018 Plaintiff earned $11 per hour as a full-time employee.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this _21 day of January, 2020.

_Dawn R. Wilson Regional HR Mgr._

Dawn Wilson