### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT WICHITA

| | |
|---|---|
| JOHN A. JONES, )<br>        Plaintiff, )<br>v. )<br>        )<br>RESCARE RESIDENTIAL SERVICES, )<br>        )<br>        Defendant. ) | Case No. 6:20-cv-01017 |

### **NOTICE OF FILING STATE COURT RECORDS**

Pursuant to D. Kan. Rule 81.2, Defendant hereby certifies to the best of its knowledge that the documents attached hereto as Exhibit A are the complete docket and pleadings that encompass the record for the Sedgwick County, Kansas, District Court case number 2019-CV-002621 that was removed to this court on the 22nd day of January 2020.

Respectfully submitted,

*/s/ Robert J. Rojas*
Robert J. Rojas #25807
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO  64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
rrojas@littler.com

**ATTORNEYS FOR DEFENDANT**

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2020, a true and correct copy of the above and foregoing was filed through the Court's electronic filing system and was served on the following by First Class Mail, postage prepaid:

John A. Jones
1044 South Washington
Wichita, KS 67211
Telephone 316.284.7549

PRO SE

*/s/ Robert J. Rojas*
**ATTORNEY FOR DEFENDANT**